1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DAVID B. COUNTRYMAN (CSBN 226995)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 9th Floor
6      San Francisco, CA 94102
       Telephone: 415.436.7303
7      Facsimile:  415.436.6748
       Email: david.countryman@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12
13 | UNITED STATES OF AMERICA,           )   No. CV 08
                                         )
14 |                Plaintiff,            )
                                         )
15 |        v.                            )
                                         )
16 | REAL PROPERTY AND IMPROVEMENTS      )
     LOCATED AT 4589 CROOKED PRAIRIE    )   **PUBLIC NOTICE OF FORFEITURE**
17 | ROAD, HUMBOLDT COUNTY,               )   **ACTION**
     CALIFORNIA, ASSESSOR'S PARCEL      )
18 | NUMBER 221-181-028                   )
                                         )
19 |                Defendant.            )
                                         )
20

21        A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881(a)(7) was filed on May

22 29, 2008, in the United States District Court for the Northern District of California by the United

23 States of America, plaintiff, against the *in rem* defendant real property.

24        In order to contest forfeiture of the *in rem* defendant real property, any person who asserts

25 an interest in or right against the property, must file a verified statement identifying the interest or

26 right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the

27 Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days

28

after the date of final publication of the Notice of Forfeiture Action, whichever is earlier.[1]

Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.

Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on David B. Countryman, Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated:  May 29, 2008

/s/ David Countryman

DAVID B. COUNTRYMAN
Assistant United States Attorney

---

[1] Please check www.forfeiture.gov for the listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.

Public Notice of Forfeiture Action
C 08-                                                      2