1    JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney
2
     BRIAN J. STRETCH (CSBN 163973)
3    Chief, Criminal Division

4    DAVID B. COUNTRYMAN (CSBN 226995)
     Assistant United States Attorney
5
        450 Golden Gate Avenue, 9th floor
6       San Francisco, CA 94102
        Telephone: 415.436.7303
7       Facsimile:  415.436.6748
        Email: david.countryman@usdoj.gov
8
     Attorneys for United States of America
9

10                   UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13
     UNITED STATES OF AMERICA,        )
14                                     )        No. CV 08-2696 WDB
                     Plaintiff,        )
15                                     )
            v.                         )        CERTIFICATE OF SERVICE
16                                     )
                                       )
17   REAL PROPERTY AND                 )
     IMPROVEMENTS LOCATED AT 4589      )
18   CROOKED PRAIRIE ROAD,             )
     HUMBOLDT COUNTY, CALIFORNIA,      )
19   ASSESSOR'S PARCEL NUMBER 221-     )
     181-028,                          )
20                                     )
                     Defendant.        )
21   _____ )

22          The undersigned hereby certifies that she is an employee in the Office of the United

23   States Attorney for the Northern District of California and is a person of such age and discretion

24   to be competent to serve papers.  The undersigned further certifies that she caused a copy of

25          1.     Government Complaint for Forfeiture;

26          2.     Public Notice of Forfeiture Action;

27          3.     Notice of Pendency of Action (Lis Pendens);

28          4.     Standing Order US Magistrate Judge Wayne D. Brazil;

5.    ADR Dispute Resolution Procedures in the Northern District of California;

6.    ECF Registration Information Handout; and

7.    Notice of Assignment of Case to a US Magistrate Judge for Trial

to be served this date via certified  mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Kenneth Estes
19718 Oak Flat Road
Hidden Valley Lake, CA 95467

Kenneth Estes
722 Columbus Avenue
San Francisco, CA 94133-2731

Kenneth Estes
4589 Crooked Prairie Road
Whitethorn, CA 95542

Lenny Rubio
1390 I Street
Arcata, CA 95521

Lenny Rubio
1020 2nd Street, Apt 1
Eureka, CA 95501-0541

Ken McGregor
P.O. Box 2492
Redway, CA 95560

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this  29th  day of May , 2008, at San Francisco, California.


_____/S/_____
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit

Certificate of Service
CV 08-2696 WDB                    2