1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DAVID B. COUNTRYMAN (CSBN 226995)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7303
7      Facsimile: (415) 436-6748
       Email: david.countryman@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,           )   No. CV 08-2696 WDB
                                         )
14 |           Plaintiff,                )
                                         )
15 |     v.                              )   NOTICE OF POSTING
                                         )
16 | REAL PROPERTY AND IMPROVEMENTS )
   | LOCATED AT 4589 CROOKED PRAIRIE     )
17 | ROAD, HUMBOLDT COUNTY,              )
   | CALIFORNIA, ASSESSOR'S PARCEL       )
18 | NUMBER 221-181-028,                 )
                                         )
19                                       )
                                         )
20 |           Defendant.                )
   |_____)

21

22     I, Brian Cole, an agent with the Drug Enforcement Administration, hereby state as follows:

23     On the 30th day of May, 2008, I posted a copy of the Government Complaint for Forfeiture,

24  Notice of Forfeiture Action, Notice of Pendency of Action (Lis Pendens) and related Court

25  documents on the defendant real property and improvements located at 4589 Crooked Prairie

26  Road, Humboldt County, California, (APN 221-181-028).

27  ///

28

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this __1st__ day of __July__, 2008, at San Francisco, California.

_(SA) Brian Cole_
Special Agent Brian Cole
Drug Enforcement Adminstration