| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | DAVID B. COUNTRYMAN (CSBN 226995)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 9th floor<br>San Francisco, CA 94102 |
| 7 | Telephone: 415.436.7303<br>Facsimile:   415.436.6748 |
| 8 | Email: david.countryman@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CV 08-2696 WDB |
| v. | ) | CERTIFICATE OF SERVICE |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 4589 CROOKED PRAIRIE ROAD, HUMBOLDT COUNTY, CALIFORNIA, ASSESSOR'S PARCEL NUMBER 221-181-028, | ) | |
| Defendant. | ) | |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

1. Government Complaint for Forfeiture;

2. Public Notice of Forfeiture Action;

3. Notice of Pendency of Action (Lis Pendens);

4. Standing Order US Magistrate Judge Wayne D. Brazil;

1     5.     ADR Dispute Resolution Procedures in the Northern District of California;

2     6.     ECF Registration Information Handout; and

3     7.     Notice of Assignment of Case to a US Magistrate Judge for Trial

to be served this date via both certified mail and U.S. mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Ken McGregor
200 N. Western Avenue
San Pedro, CA 90732

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

    Executed this 1st day of July, , 2008, at San Francisco, California.

                                                /S/
                                      ALICIA CHIN/Paralegal
                                      Asset Forfeiture Unit