UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES

    Plaintiff(s),

v.

REAL PROPERTY LOCATED AT 4589 CROOKED PRAIRIE RD, HUMBOLDT COUNTY

    Defendant(s).

No. C 08 - 2696 WDB

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/8/08

Signature: _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")