JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile:  415.436.6748
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 4589 CROOKED PRAIRIE ROAD, HUMBOLDT COUNTY, CALIFORNIA, ASSESSOR'S PARCEL NUMBER 221-181-028<br><br>    Defendant. | No. 08-2696 WDB<br><br>**GOVERNMENT'S DECLINATION TO CONSENT TO REASSIGNMENT OF MAGISTRATE JUDGE** |

    The government respectfully declines to consent to the reassignment of this matter to the Honorable Nandor J. Vadas in Eureka. I have attempted to confer with Mr. Swihart, and left messages on his answering machine, but I was unable to reach him to prepare a joint letter.

    Respectfully submitted,

    JOSEPH P. RUSSONIELLO
    United States Attorney

Dated: August 8, 2008

    _____
    DAVID COUNTRYMAN
    Assistant United States Attorney