1 **LAW OFFICES OF THOMAS M. SWIHART**
Thomas M. Swihart, Esq. (State Bar No. 98564)
2039 Shattuck Avenue, Suite 308
Berkeley, CA 94704
Telephone: (510) 843-2750
Facsimile: (510) 843-2762
E-mail:  tsshooter@aol.com

Attorney for Defendant

REAL PROPERTY AND IMPROVEMENTS LOCATED AT 4589 CROOKED PRAIRIE ROAD, HUMBOLDT COUNTY, CALIFORNIA, ASSESSOR'S PARCEL NUMBER 221-181-028

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08-2696 WDB |
| Plaintiff, | **DEFENDANT'S ANSWER TO COMPLAINT FOR FORFEITURE** |
| vs. | |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 4589 CROOKED PRAIRIE ROAD, HUMBOLDT COUNTY, CALIFORNIA, ASSESSOR'S PARCEL NUMBER 221-181-028, | |
| Defendant | |

    COMES NOW Defendant, REAL PROPERTY AND IMPROVEMENTS LOCATED AT 4589 CROOKED PRAIRIE ROAD, HUMBOLDT COUNTY, CALIFORNIA, ASSESSOR'S PARCEL NUMBER 221-181-028 and Answers the Complaint as follows:

1. In response to Paragraph 1 of the Complaint, Defendant admits the allegations therein contained.

2. In response to Paragraph 2 of the Complaint, Defendant admits the allegations therein contained.

3. In response to Paragraph 3 of the Complaint, Defendant admits incorporate herein by reference paragraphs 1 through 12, above inclusive, as though fully set forth herein.

4. In response to Paragraph 4 of the Complaint, Defendant admits the allegations therein contained.

5. In response to Paragraph 5 of the Complaint, Defendant incorporates herein by reference its responses to paragraphs 1 through 4, above inclusive, as though fully set forth herein.

6. In response to Paragraph 6 of the Complaint, Defendant is without sufficient information and/or belief upon which to base its response, and therefor denies the allegations therein contained.

7. In response to Paragraph 7 of the Complaint, Defendant is without sufficient information and/or belief upon which to base its response, and therefor denies the allegations therein contained.

8. In response to Paragraph 8 of the Complaint, Defendant is without sufficient information and/or belief upon which to base its response, and therefor denies the allegations therein contained.

9. In response to Paragraph 9 of the Complaint, Defendant is without sufficient information and/or belief upon which to base its response, and therefor denies the allegations therein contained.

10. In response to Paragraph 10 of the Complaint, Defendant is without sufficient information and/or belief upon which to base its response, and therefor denies the allegations therein contained.

11.  In response to Paragraph 11 of the Complaint, Defendant is without sufficient information and/or belief upon which to base its response, and therefor denies the allegations therein contained.

12.  In response to Paragraph 12 of the Complaint, Defendant incorporates herein by reference its responses to paragraphs 1 through 11, above inclusive, as though fully set forth herein.

13.  In response to Paragraph 4 of the Complaint, Defendant admits the allegations therein contained, but denies any culpability for any charges which could be brought under such legislation.

14.  In response to Paragraph 14 of the Complaint, Defendant denies the allegations therein contained.

15.  In response to Paragraph 15 of the Complaint, Defendant is without sufficient information and/or belief upon which to base its response, and therefor denies the allegations therein contained.

## **Affirmative Defenses**

Defendant hereby asserts the following affirmative defenses to the Complaint and each of the claims set forth therein:

1.  The complaint fails to allege facts sufficient to constitute a cause of action.
2.  Plaintiffs' claims are barred by the doctrine of waiver.
3.  Plaintiffs' claims are barred by the doctrine of estoppel.
4.  Plaintiffs' claims are barred by the statute of limitations.
5.  Plaintiffs' claims are barred by the doctrine of laches.
6.  Plaintiffs' claims are barred by the statute of frauds.
7.  Plaintiffs' claims are barred by doctrine of unclean hands.
8.  Plaintiffs' lacks standing to assert the claims set forth in the complaint.
9.  All operations conducted, if any there were, were done so under color of law.

**Relief Requested**

WHEREFORE, Defendant REAL PROPERTY AND IMPROVEMENTS LOCATED AT 4589 CROOKED PRAIRIE ROAD, HUMBOLDT COUNTY, CALIFORNIA, ASSESSOR'S PARCEL NUMBER 221-181-028, prays that the Plaintiff take nothing by this action, that the Defendant be awarded attorney fees, costs of the suit, and for such other and further relief as the Court may deem proper, including dismissal of any *Lis Pendens*..

Dated:  August 13, 2008

_____
THOMAS M. SWIHART
Attorney for Defendant
REAL PROPERTY AND IMPROVEMENTS LOCATED AT 4589 CROOKED PRAIRIE ROAD, HUMBOLDT COUNTY, CALIFORNIA, ASSESSOR'S PARCEL NUMBER 221-181-028

**PROOF OF SERVICE**
*United States v. 4589 Crooked Lane, etc.*
Case No. 08-2696 WDB

I, THOMAS M. SWIHART, declare:

I am over the age of eighteen years and not a party to the cause of action. My business address is 2039 Shattuck Avenue, Suite 308, Berkeley, CA 94704. On August 13, 2008, I served the documents described as: **DEFENDANT'S ANSWER TO COMPLAINT FOR FORFEITURE** on the interested parties in this matter by placing a true copy thereof in a sealed envelope(s) addressed as follows:

**David B. Countryman, AUSA**
**Office of the US Attorney**
**450 Golden Gate Avenue, 9th Floor**
**San Francisco, CA 94102**

Service of the above document(s) was effectuated by the following means of service:

[x]  **By First Class Mail --** I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service. It is deposited with the United States Postal Service in the ordinary course of business on the same day it is processed for mailing. I caused such envelope(s) to be deposited in the mail at Berkeley, California. The envelope was mailed with postage thereon fully prepaid.

[ ]  **By Personal Service --** By causing to personally deliver a true copy thereof in a sealed envelope.

[ ]  **By Overnight Delivery Service --** I caused such envelope(s) to be deposited in a box or other facility regularly maintained by the express service carrier or delivered to an authorized courier or driver authorized by the express service carrier to receive documents. The envelope was deposited with the express service carrier with delivery fees paid or provided for.

[x]  **Facsimile Transmission --** I served the documents in this matter via facsimile transmission to: **(415) 436-6748**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and executed this 13th day of August, 2008, at Berkeley, California.

                                                                                      _____
                                                                                      THOMAS M. SWIHART