**LAW OFFICES OF THOMAS M. SWIHART**
Thomas M. Swihart, Esq. (State Bar No. 98564)
2039 Shattuck Avenue, Suite 308
Berkeley, CA 94704
Telephone: (510) 843-2750
Facsimile: (510) 843-2762
E-mail: tsshooter@aol.com

Attorney for Defendant

REAL PROPERTY AND IMPROVEMENTS
LOCATED AT 4589 CROOKED PRAIRIE ROAD,
HUMBOLDT COUNTY, CALIFORNIA,
ASSESSOR'S PARCEL NUMBER 221-181-028

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 4589 CROOKED PRAIRIE ROAD, HUMBOLDT COUNTY, CALIFORNIA, ASSESSOR'S PARCEL NUMBER 221-181-028,<br><br>　　　　　Defendant | Case No.: 08-2696 WDB<br><br>**DEFENDANT'S DECLINATION TO CONSENT TO REASSIGNMENT OF MAGISTRATE JUDGE** |

　　　　Defendant, REAL PROPERTY AND IMPROVEMENTS LOCATED AT 4589 CROOKED PRAIRIE ROAD, HUMBOLDT COUNTY, CALIFORNIA, ASSESSOR'S

PARCEL NUMBER 221-181-028, respectfully declines to consent to the reassignment of this matter to the Honorable Nandor J. Vadas in Eureka. I have been unable to confer with Mr. Countryman regarding a joint letter, but fully concur with the Government's Declination previously filed herewith.

Dated:  August 13, 2008

                                                                           _____
THOMAS M. SWIHART
Attorney for Defendant
REAL PROPERTY AND IMPROVEMENTS LOCATED AT 4589 CROOKED PRAIRIE ROAD, HUMBOLDT COUNTY, CALIFORNIA, ASSESSOR'S PARCEL NUMBER 221-181-028

**PROOF OF SERVICE**
*United States v. 4589 Crooked Lane, etc.*
Case No. 08-2696 WDB

I, THOMAS M. SWIHART, declare:

I am over the age of eighteen years and not a party to the cause of action. My business address is 2039 Shattuck Avenue, Suite 308, Berkeley, CA 94704. On August 13, 2008, I served the documents described as: **DEFENDANT'S DECLINATION TO CONSENT TO REASSIGNMENT OF MAGISTRATE JUDGE** on the interested parties in this matter by placing a true copy thereof in a sealed envelope(s) addressed as follows:

**David B. Countryman, AUSA**
**Office of the US Attorney**
**450 Golden Gate Avenue, 9th Floor**
**San Francisco, CA 94102**

Service of the above document(s) was effectuated by the following means of service:

[x]   **By First Class Mail** -- I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service. It is deposited with the United States Postal Service in the ordinary course of business on the same day it is processed for mailing. I caused such envelope(s) to be deposited in the mail at Berkeley, California. The envelope was mailed with postage thereon fully prepaid.

[ ]   **By Personal Service** -- By causing to personally deliver a true copy thereof in a sealed envelope.

[ ]   **By Overnight Delivery Service** -- I caused such envelope(s) to be deposited in a box or other facility regularly maintained by the express service carrier or delivered to an authorized courier or driver authorized by the express service carrier to receive documents. The envelope was deposited with the express service carrier with delivery fees paid or provided for.

[x]   **Facsimile Transmission** -- I served the documents in this matter via facsimile transmission to: **(415) 436-6748**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and executed this 13th day of August, 2008, at Berkeley, California.

_____
THOMAS M. SWIHART