IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                         No. C 08-02696 WHA

                    Plaintiff,

    v.                                            **CLERK'S NOTICE
                                                  RESCHEDULING HEARING**

REAL PROPERTY AND IMPROVEMENTS
LOCATED AT 4589 CROOKED PRAIRIE
ROAD,

                    Defendant.
_____/

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT the  Case Management Conference previously set for

September 11, 2008 at 11:00 a.m. has been rescheduled for **September 10, 2008 at 11:00 a.m.**,

before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United

States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.  Not less than seven

days prior, counsel shall submit a joint case management conference statement not to exceed ten

pages.

Dated:   August 27, 2008                          FOR THE COURT,

                                                  Richard W. Wieking, Clerk

                                                  By:_____
                                                    Dawn Toland
                                                    Courtroom Deputy to the
                                                    Honorable William Alsup

**United States District Court**
For the Northern District of California